PHILLIP A. TALBERT
United States Attorney
JEREMY J. KELLEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED
JUN 14 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A SEARCH WARRANT CONCERNING:<br><br>2653 VIOLET AVE, FAIRFIELD, CA 94533 | CASE NO. 2:17-SW-0356 CKD<br><br>[PROPOSED] ORDER UNSEALING SEARCH WARRANT AND APPLICATION |

The government's request to unseal the Search Warrant and this case is GRANTED.

Dated: 6-14-2017

_____
HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE